FILED
JUN 26 2012
MARSHA ABBOTT
CIRCUIT CLERK, HENRY CO., MO

IN THE CIRCUIT COURT OF HENRY COUNTY
STATE OF MISSOURI

Michael McIntyre and
Dana McIntyre
    Plaintiff(s),

v.

LG Electronics U.S.A., Inc.

Serve Registered Agent At:
CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, MO 65101
    Defendant.

Case No. 12HE-CC00042

Division No.

## PETITION - PROPERTY DAMAGE

COME NOW Plaintiffs, Michael and Dana McIntyre, and in support of their Petition for Damages against Defendant, L.G. Electronics USA, Inc., allege as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiffs are individuals who at all times material to this Petition owned property at 313 N. 3rd Street, City of Clinton, County of Henry, State of Missouri ("Plaintiffs' property").

2. Defendant, L.G. Electronics is a Delaware Corporation in good standing that is registered as a foreign entity in the State of Missouri, and which continually and systematically transacts business in the state of Missouri.

3. Plaintiffs at all times material had a dehumidifier with model or serial number 58054501300 ("dehumidifier") located in their property.

4. The dehumidifier was manufactured and/or designed by Defendant, and sold by Defendant in the stream of commerce.

5. Plaintiffs used the dehumidifier for its ordinary and normal purpose, namely to reduce the humidity in their property.

MO_0118 File No.: 12-1780

EXHIBIT A

6. On May 18, 2010, Plaintiffs used the dehumidifier in a manner reasonably expected, namely to reduce the humidity in their residence.

7. On or about May 18, 2010, the dehumidifier's fan motor failed, and caused a fire to occur in Plaintiffs' property.

8. The fire started due to a manufacturing and/or design defect that allowed the dehumidifier to malfunction.

9. As a direct and proximate result of this defect(s), Plaintiffs' property was damaged and depreciated in the amount of $83,788.49.

## COUNT I – NEGLIGENT MANUFACTURE AND/OR DESIGN

10. Plaintiffs incorporate the allegations in paragraphs 1 through 9 as if fully stated herein.

11. Defendant L.G. Electronics USA, Inc., manufactured and/or designed the dehumidifier located in Plaintiffs' property.

12. That the dehumidifier was manufactured and/or designed with a defect that allowed its fan motor to fail, and cause a fire.

13. That the Defendant failed to use ordinary care to manufacture and/or design the front dehumidifier to be reasonably safe, and/or failed to adequately warn of the risk of harm from the faulty and defective dehumidifier.

14. As a direct and proximate result of Defendant's negligence, Plaintiffs' property was damaged and depreciated in the amount of $83,788.49.

15. That Plaintiffs' damages were a natural and foreseeable consequence of Defendant's negligence.

WHEREFORE, Plaintiffs requests that the Court render judgment against the Defendant for an amount less than $83,788.49, plus court costs, prejudgment interest, and any other relief that this Court deems just and reasonable.

MO_0118 File No. 12-1780

## COUNT II – STRICT LIABILITY – PRODUCT DEFECT

16. Plaintiffs incorporate the allegations in paragraphs 1-15 as if fully stated herein.

17. That Defendant, L.G. Electronics USA, Inc., manufactured and/or designed and sold the subject dehumidifier in the stream of commerce.

18. That the dehumidifier was in a defective condition and unreasonably dangerous when put to a reasonably expected use.

19. That the dehumidifier was used by the Plaintiffs in a manner reasonably anticipated.

20. That as a direct and proximate result of the defective condition that existed when the dehumidifier was sold to Plaintiffs, Plaintiffs' property was damaged and depreciated in the amount of $83,788.49.

WHEREFORE, Plaintiffs requests that the Court render judgment against the Defendant for an amount less than $83,788.49, plus court costs, prejudgment interest, and any other relief that this Court deems just and reasonable.

## COUNT III – STRICT LIABILITY – FAILURE TO WARN

21. Plaintiffs incorporate the allegations in paragraphs 1-20 as if fully stated herein.

22. That Defendant L.G. Electronics USA, Inc., manufactured and/or designed and sold the subject dehumidifier in the stream of commerce.

23. That the dehumidifier was then unreasonably dangerous when put to a reasonably anticipated use without knowledge of its characteristics.

24. That Defendant did not give an adequate warning of the danger.

25. That the dehumidifier was used in a manner reasonably anticipated.

26. That as a direct and proximate result of the inadequate warning that existed when the dehumidifier was sold to Plaintiffs, Plaintiffs' property was damaged and depreciated in the amount of $83,788.49.

WHEREFORE, Plaintiffs requests that the Court render judgment against the Defendant for an amount less than $83,788.49, plus court costs, pre-judgment interest, and any other relief that this Court deems just and reasonable.

## COUNT IV – BREACH OF THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

27. Plaintiffs incorporate the allegations in paragraphs 1-26 as if fully stated herein.

28. That Defendant L.G. Electronics USA, Inc., manufactured and/or designed and sold the subject dehumidifier in the stream of commerce.

29. That Defendant knew or should have known of the particular purpose for which the dehumidifier was purchased.

30. That Plaintiffs reasonably relied upon Defendant's judgment that the dehumidifier was fit for such use.

31. That when manufactured and/or designed and sold by Defendant in the stream of commerce, the dehumidifier was not fit for such use.

32. As a direct and proximate result of the dehumidifier being unfit for such use, Plaintiffs' property was damaged and depreciated in the amount of $83,788.49.

WHEREFORE, Plaintiffs requests that the Court render judgment against the Defendant for an amount less than $83,788.49, plus court costs, pre-judgment interest, and any other relief that this Court deems just and reasonable.

Evans and Dixon, LLC

_____
Wally Pankowski 25805
Christopher K. Durso, 61035
Christopher Durso 61035
Attorneys for Plaintiff
211 North Broadway Suite 2500
St. Louis MO 63102
Phone: (314) 436-6757
Fax: (314) 436-2066
Email: wpankowski@evans-dixon.com

MO_0118 File No: 12-1780

SERVICE

 IN THE 27TH JUDICIAL CIRCUIT COURT, HENRY COUNTY, MISSOURI

| Judge or Division: JAMES KELSO JOURNEY | Case Number: 12HE-CC00042 |
|---|---|
| Plaintiff/Petitioner: MICHAEL A MCINTYRE vs. | Plaintiff's/Petitioner's Attorney/Address WALLY JOSEPH PANKOWSKI 211 N BROADWAY SUITE 2500 SAINT LOUIS, MO 63102 |
| Defendant/Respondent: LG ELECTRONICS USA INC | Court Address: 100 W FRANKLIN CLINTON, MO 64735 |
| Nature of Suit: CC Other Tort | |

(Date File Stamp)

## Alias Summons in Civil Case

The State of Missouri to: LG ELECTRONICS USA INC
  Alias:

Serve Registered Agent at:
CSC-Lawyers Incorporating Serivce Company
221 Bolivar Street
Jefferson City, MO 65101

COURT SEAL OF

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

7-10-2012         _Marsha A. Ashbythe_
  Date                                                  Clerk

HENRY COUNTY

Further Information:
Petition attached to summons

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO. on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server         Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal) Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                              Date                                              Notary Public

**Sheriff's Fees**
Summons              $ _____
Non Est              $ _____
Sheriff's Deputy Salary
Supplemental Surcharge   $ 10.00
Mileage              $ _____ ( _____ miles @ $ _____ per mile)
Total                $ _____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only. Document Id # 12-SMCC-292     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:12-cv-01048-BP   Document 1-2   Filed 08/10/12   Page 5 of 6



CORPORATION SERVICE COMPANY

# Notice of Service of Process

TV / ALL
Transmittal Number: 10131179
Date Processed: 07/19/2012

RECEIVED
JUL 2 0 2012

| | |
|---|---|
| Primary Contact: | Catherine Edwards<br>LG Electronics U.S.A., Inc.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| Entity: | LG Electronics U.S.A., Inc.<br>Entity ID Number 0001798 |
| Entity Served: | LG Electronics U.S.A., Inc. |
| Title of Action: | Michael McIntyre vs. LG Electronics U.S.A., Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Product Liability |
| Court/Agency: | Henry County Circuit Court, Missouri |
| Case/Reference No: | 12HE-CC00042 |
| Jurisdiction Served: | Missouri |
| Date Served on CSC: | 07/18/2012 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Wally Pankowski<br>314-436-6757 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com